# IN THE SUPREME COURT OF THE STATE OF NEVADA

SHELLY R. YAKIMCHUK,
     Appellant,
    vs.
CHRISTOPHER J. YAKIMCHUK,
     Respondent.

No. 77571

FILED

JUN 1 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Sandra L. Pomrenze, District Judge, Family Court Division
   Robert Blau, Esq., PLLC
   Christopher J. Yakimchuk
   Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-26267